# United States Court of Appeals
## For the First Circuit

No. 07-1575

UNITED STATES OF AMERICA,

Appellee,

v.

JULIO CARRION SANTIAGO,

Defendant, Appellant.
_____

No. 07-1718

UNITED STATES OF AMERICA

Appellee,

v.

PEDRO MIRANDA

Defendant, Appellant.
_____

No. 07-1728

UNITED STATES OF AMERICA

Appellee,

v.

JUAN NUNEZ,

Defendant, Appellant.
_____

No. 07-2017

UNITED STATES OF AMERICA,

Appellee,

v.

JOSE O. RODRIGUEZ,

Defendant, Appellant.

---

**ERRATA**

The opinion of this Court, issued on March 19, 2009, should be amended as follows.

On page 11, replace the last sentence of 1st paragraph which begins "The objection was not preserved at sentencing . . . ." with "Although Nunez did at sentencing contest the quantity of drugs recommended by the pre-sentence report, the base offense level he requested instead was in fact the one adopted by the district judge, and reasonably so.".